IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DARELTECH, LLC<br>      Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA INC. and SAMSUNG ELECTRONICS CO. LTD.,<br><br>      Defendants. | Civil Action No. 4:18-cv-00702-ALM |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion for Withdrawal of Counsel as to Melissa R. Smith (Dkt. #15). Having considered same, the Court is of the opinion the motion should be GRANTED.

IT IS THEREFORE ORDERED that Melissa R. Smith with the law firm of Gillam & Smith LLP, is withdrawn as counsel of record for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. The CLERK is directed to terminate all CM/ECF notifications as to Melissa R. Smith for this action.

**SIGNED this 13th day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE