# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **DARELTECH, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | Civil Case No. 4:18-cv-00702-ALM |
| | § | |
| v. | § | |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD.** | § | |
| **and SAMSUNG ELECTRONICS** | § | |
| **AMERICA, INC.** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF INITIAL DISCLOSURES

Defendants Samsung Electronics America, Inc. and Samsung Electronics Co. Ltd notify the Court that, on August 1, 2019, they made Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1).

Respectfully submitted,

    /s/ Roger Sanders
Roger D. Sanders
TX State Bar No. 17604700
roger.sanders@somlaw.net

**SANDERS, MOTLEY, YOUNG & GALLARDO**
111 South Travis Street
Sherman, Texas 75090
(903) 892-9133
(903) 892-4302 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all parties to this matter via the electronic delivery system of the Eastern District of Texas, Sherman Division.

      So certified on this 2nd day of August, 2019.

                                                                   /s/ Roger Sanders
                                                              Roger D. Sanders