# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **DARELTECH, LLC,** | § § | |
| *Plaintiff,* | § § | Civil Case No. 4:18-cv-00702-ALM |
| v. | § § § | JURY TRIAL DEMANDED |
| **SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.** | § § § § § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH EDTX DISCLOSURE REQUIREMENTS UNDER APPRENDIX B: PATENT RULES

Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. hereby notify the Court of their compliance with Local Patent Rules 3-3, 3-4, and 4-1.

1) Defendants served Plaintiff with their Invalidity Contentions and Accompanying Document Production on August 30, 2019.

2) Defendants also served Plaintiff with their Proposed Terms for Construction on September 3, 2019.

Respectfully submitted,

 /s/ *Roger Sanders*
Local Counsel for
Jin-Suk Park
jin.park@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

1

Ryan M. Nishimoto
ryan.nishimoto@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 9001705844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

-and-

Roger D. Sanders
Roger.sanders@somlaw.net
J. Michael Young
Michael.young@somlaw.net
**SANDERS O'HANLON, MOTLEY & YOUNG**
111 S. Travis Street
Sherman, TX 75090
Telephone: (903) 892-9133
Facsimile: (903) 892-4302

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all parties to this matter via the electronic delivery system of the Eastern District of Texas, Sherman Division.

     So certified on this 6th day of September, 2019.

                                                   /s/ *Roger Sanders*
                                                   Roger D. Sanders