# EXHIBIT K

# [Update: Samsung responds] Galaxy S9/S9+ plagued with touch screen issues

[Aparajita_1989](#)

**Update (March 23)**: Happy to see our coverage has created a positive impact. Samsung has issued an official statement on the matter, saying they are aware of these reports, and are investigating the matter.

> *At Samsung, customer satisfaction is core to our business and we aim to deliver the best possible experience. We are looking into a limited number of reports of Galaxy S9/S9+ touchscreen responsiveness issues. We are working with affected customers and investigating.*
>
> *We encourage any customer with questions to contact us directly at 1-800-SAMSUNG.*

Meanwhile, use the method described here to test whether or not your Galaxy S9 touchscreen is faulty.

**Update (March 22)**: Reports continue to pour in – see here, here, and here.

**Update (March 21)**: Multiple Galaxy S9/S9+ users are also reporting they get the following proximity sensor-related message randomly while using their units in different scenarios:

> *"Touch input blocked*
>
> *To prevent this from happening again, check if the proximity sensor*

DARELTECH_0002910

> *is blocked.*
>
> *Tap OK to continue using your phone"*

**Original story follows**:

We've highlighted several Galaxy S9/S9+ related issues so far, including Samsung Pay throwing errors, Super Slow mo output not up to the mark, black areas in videos not showing properly, and HDR not working. Sadly, the list seems to be expanding further, as users have been reporting another major problem with their newly-bought flagship smartphones.

We've come across several reports (1,2,3,4,5) where Galaxy S9/S9+ users are complaining about touch screen issues on their devices. While some say the screen fails to register touches correctly, others have observed a far more serious problem of dead spots on their device's display.

Following are some complaints of dead spots:

> *So pissed. My S9+ top part of the screen just died. I cant pull notification down… 3 day old phone*
>
> *My S9+ stop registering touches on the top and a few other spots… Sucks man!*
>
> *Does anyone else have issues with the Galaxy S9 touch screen? I've got a few dead spots on the bottom half of my screen. Getting a replacement phone shipped but do wonder if it is bad luck or a more common issue with the phone*
>
> *My S9 has dead spots as well, right out of the box. Actually a dead strip that runs horizontal next to the bottom volume button.*

DARELTECH_0002911

> *Yes! I got the phone directly through Samsung and called them for a replacement. They recommended I order a new phone (now on backorder) and send them back the defective device. They emailed the return shipping label to me.*

And here are some touch registration-related reports:

> *Picked up a snapdragon s9+ on T-Mobile and having weird issues with the screen registering touches. I seem to get a fair amount of phantom ones and swiping on the keyboard is a mess. I was using a film screen protector but took it off thinking that might be causing issues. Increased the touch sensitivity but that hasn't helped either.*

> *I'm having this problem as well, my words get broken up and if I try to type 'come' it'll come out as 'C os me' and it's driving me insane. Takes me forever because I have to constantly go back and retype everything.*

Here's a gif shared by one of the complainants showcasing the problem:

DARELTECH_0002912

[Update: Samsung responds] Galaxy S9 plagued with touch screen issues - PiunikaWeb                          3/14/19, 10:08 PM

[s9-touch-issues](#)



> *Have noticed the same thing when swiping on things. Seems to drop the touch momentarily. S9+ with no screen protector.*

> *I went back to Costco and got it exchanged*

The reports aren't widespread at the moment. It could be due to only a small number of units being defected, but what seems more likely is the fact that shipments are still in the process. So it'll be interesting to see the scenario after a couple of weeks or so.

https://piunikaweb.com/2018/03/21/samsung-galaxy-s9s9-plagued-with-touch-screen-issues-some-users-say/          Page 4 of 5

DARELTECH_0002913

Needless to say, we're monitoring the situation, and will update as and when anything news-worthy happens. Until then, stay tuned.

*Stay connected with us on Twitter (@PiunikaWeb) to hear about all related developments as and when they occur*

**Want to work for PiunikaWeb? You'll be glad to know we're hiring. Head here to know more.**

DARELTECH_0002914