# EXHIBIT L

# Turn on Touch input for Windows Connect

Split from this thread.

Hi Juarez,

One of the possible reasons why this issue occurs is due to an outdated device driver, or application. This can also be caused when your Action Center settings haven't been configured to allow input from a keyboard or mouse. We would like to know more about the issue so we can assist you better. Please answer the following questions:

- Did you make any changes prior to the issue?
- Were you able to connect your mobile device to your PC before?
- Have you tried updating your Windows app on your mobile device and check if the issue persists?

In the meantime, we recommend that you check the **Action Center** and check if you're able to see the **Allow input from a keyboard or mouse** option. If the option is available, follow these steps:

1. Under **Action Center**, click **Connect** button.
2. Click the name of the device you're trying to project.
3. **Uncheck** and **check** the **Allow input from a keyboard or mouse connected to this display** option. Kindly refer to the screenshot below:



DARELTECH_0002906

> Please post back with the result for further assistance.

I am having the same issue... it was working just fine a few months ago when i used it. the check box isn't there, nor does it show my device. and i have a Windows 10 Mobile phone *Lumia 950*, so i don't see how that would be the issue...