# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DARELTECH, LLC | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv702 |
| | § | Judge Mazzant |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| ET AL. | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Scott Woloson to serve as the Technical Advisor for the Court in this case. The parties are **ORDERED** to send courtesy copies of claim construction materials (1) in PDF form to scott@scottwolosonlaw.com and (2) in paper form to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055.

For claim construction materials that have already been filed as of the date of this Order, the filing party is **ORDERED** to provide copies to Mr. Woloson no later than Friday, December 20, 2019. For claim construction materials that are filed after the date of this Order, the filing party is **ORDERED** to provide copies to Mr. Woloson no later than two business days after filing.

The technical advisor will provide the Court with a pre-hearing memo by 5:00 p.m. on January 21, 2020, and will meet with the Court at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090 on January 28, 2020, at 1:00 p.m. and again immediately following the *Markman* hearing. Because the technical advisor serves essentially as a law clerk to the Court and will be familiar with the claim construction issues in this case, the Court has requested that the technical advisor assist the Court in drafting a claim construction order.

**IT IS SO ORDERED.**
**SIGNED this 17th day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE