# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DARELTECH, LLC | § | |
| | § | |
| v. | § | Civil Action No. 4:18cv702 |
| | § | Judge Mazzant |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| ET AL. | § | |

## ORDER

Due to the Court's trial docket, the Claim Construction hearing of this case is reset to *Tuesday, January 28, 2020, at 1:30 p.m. at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas  75090*.

**IT IS SO ORDERED.**
**SIGNED this 17th day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE