**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DARELTECH, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.<br><br>    Defendants. | Civil Action No. 4:18-cv-00702<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH ORDER APPOINTING TECHNICAL ADVISOR**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together "Samsung") hereby provide notice of their compliance with the Order Appointing Technical Advisor (Dkt. 41). In particular, Samsung has provided Mr. Woloson copies of its Responsive Claim Construction Brief (Dkt. 39) and associated exhibits by: (1) pdf (to scott@scottwolosonlaw.com); and (2) in paper form by overnight delivery to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055.

Dated: December 17, 2019

    */s/ Jin-Suk Park*
    Jin-Suk Park
    jin.park@arnoldporter.com
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave., NW
    Washington, DC  20001-3743
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5555

Ryan M. Nishimoto
ryan.nishimoto@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

-and-

Roger D. Sanders
SANDERS, O'HANLON, MOTLEY & YOUNG
111 S. Travis Street
Sherman, TX 75090
Telephone: (903) 892-9133
Facsimile: (903) 892-4302

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2019, I electronically filed the foregoing Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America Inc.'s Notice of Compliance with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

                                                */s/ Jin-Suk Park*
                                                Jin-Suk Park