**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DARELTECH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>DARELTECH, LLC,<br><br>Counterclaim-Defendant. | Civil Action No.: 4:18-CV-00702 |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE
JOINT CLAIM CONSTRUCTION CHARTPURSUANT TO LPR 4-5(d)**

Pending before the Court is Plaintiff's Unopposed Motion To Extend Time To File Joint Claim Construction Chart Pursuant To LPR 4-5(d) (Dkt. #47). The Court finds the motion should be GRANTED.

It is therefore **ORDERED** that the Joint Claim Construction Chart, originally due on December 27, 2019, is now due on January 10, 2020.

**SIGNED this 7th day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE