# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE:** 2/27/2020

| DISTRICT JUDGE | COURT REPORTER: Lori Barnett |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Donna Jones |
| Dareltech, LLC v. Samsung Electronics Co., Ltd. et al. | 4:18cv702 |
| | |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| David Hecht | Jin Park, Atanas Baitchev, Roger Sanders, Michael Young |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:  MARKMAN HEARING |
|---|---|
| 9:02 am | Court in session, appearances noted. |
| 9:05 am | Court hears argument from counsel regarding claim construction. |
| 9:16 am | Court introduces technical advisor, Mr. Scott Woloson. Counsel resume claim construction arguments. |
| 9:40 am | Court recess for 5 minutes. |
| 9:48 am | Court reconvenes. Parties continue claim construction arguments. |
| 10:21 am | Mr. Park addresses court regarding some housekeeping matters. |
| 10:23 am | Court will issue decision within thirty (30) days. Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY:      Donna Jones      
Courtroom Deputy Clerk